Matter of Munro v Dufficy (2025 NY Slip Op 06709)

Matter of Munro v Dufficy

2025 NY Slip Op 06709

Decided on December 3, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 3, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
LARA J. GENOVESI
DONNA-MARIE E. GOLIA
PHILLIP HOM, JJ.

2025-10105

[*1]In the Matter of Jacques Munro, petitioner, 
v
Timothy J. Dufficy, etc., respondent. Jacques Munro, Elmont, NY, petitioner pro se.

Letitia James, Attorney General, New York, NY (Bronwyn M. James, of counsel), for respondent.

DECISION & JUDGMENT
Proceeding pursuant to CPLR article 78 in the nature of mandamus, inter alia, to compel the respondent, Timothy J. Dufficy, a Justice of the Supreme Court, Suffolk County, to comply with a decision and order this Court dated November 22, 2023 (Matter of Munro v New York City Human Resources Admin., Off. of Child Support Enforcement, 221 AD3d 904), which determined an appeal from an order and judgment (one paper) of the Supreme Court, Suffolk County, entered September 16, 2020.
ADJUDGED that the petition is denied and the proceeding is dismissed on the merits, without costs or disbursements.
The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act, and only where there exists a clear legal right to the relief sought (see Matter of Legal Aid Socy. of Sullivan County v Scheinman, 53 NY2d 12, 16). The petitioner has failed to demonstrate a clear legal right to the relief sought.
The petitioner's remaining contentions are without merit.
DILLON, J.P., GENOVESI, GOLIA and HOM, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court